## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JACOB WHEELER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERSO CORPORATION, RANDY J. )<br>NEBEL, JEFFREY E. KIRT, ROBERT K. )<br>BECKLER, MARVIN COOPER, and )<br>NANCY M. TAYLOR, )<br>)<br>Defendants. )<br>) | Case No. 1:22-cv-00283-VAC<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: March 28, 2022

**LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*